UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

ALISSA SUZANNE FAVERO o/b/o E.J.F.,

                                          Plaintiff,

                                                                          ORDER
                    v.                                                    12-CV-525A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                                          Defendant,

═══════════════════════════════

          The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On December 4, 2013, Magistrate Judge

Scott filed a Report and Recommendation, recommending that defendant's motion for

judgment should be granted and plaintiff's motion for similar relief should be denied.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion

for judgment on the pleadings is granted and plaintiff's motion for similar relief is

denied.

 The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

Dated: February 3, 2014